# EXHIBIT A

## 503(B)(9) Claims

| | |
|---|---|
| Total from list | $40,394.31 |
| | |
| Less Polartec | ($34,794.97) |
| Less part of Fischer (see attached) | ($2,971.00) |
| | |
| Balance due others on list | $2,628.34 |

10:15 AM
03/26/18

# Ragged Mountain Equipment, Inc.
## Unpaid Invoices - Received
### January 5 - 25, 2018

| | Type | Date | Num | Memo | Split | Amount |
|---|---|---|---|---|---|---|
| **CASCADE DESIGNS, INC.** | | | | | | |
| | Bill | 01/04/2018 | 2013493 | | 4500-02 · Purchases - Retail | -323.88 |
| | Bill | 01/25/2018 | 2019064 | ACCT #104901 | 4500-02 · Purchases - Retail | -123.78 |
| | | | | | | -447.66 |
| **FISCHER SKIS U.S., LLC** | | | | | | |
| (received 1/05/18) | Bill | 01/03/2018 | 216583 | ACCT #RA0100 | 4500-02 · Purchases - Retail | -1,544.87 |
| | Bill | 01/05/2018 | 216855 | ACCT #RA0100 | 4500-02 · Purchases - Retail | -367.20 |
| | Bill | 01/10/2018 | 217098 | ACCT #RA0100 | 4500-02 · Purchases - Retail | -170.61 |
| | Bill | 01/10/2018 | 217099 | | 4500-02 · Purchases - Retail | -64.97 |
| | Bill | 01/11/2018 | 217296 | ACCT #RA0100 | 4500-02 · Purchases - Retail | -360.23 |
| | Bill | 01/18/2018 | 217842 | ACCT #RA0100 | 4500-02 · Purchases - Retail | -620.13 |
| | Bill | 01/23/2018 | 218040 | RA0100 | 4500-02 · Purchases - Retail | -73.37 |
| | | | | | (charged debit card 2,971.00 on 1/31/18) | -3,201.38 |
| **LUNDER MANUFACTURING, INC.** | | | | | | |
| | Bill | 01/16/2018 | 23603 | ACCT #RAGGED | 4500-01 · Purchases - Manufacturing | -440.00 |
| | | | | | | -440.00 |
| **PORLARTEC, LLC** | | | | | | |
| | Bill | 01/08/2018 | MM605002 | ACCT #4200 | 4500-01 · Purchases - Manufacturing | -3,272.88 |
| | Bill | 01/08/2018 | MM605007 | ACCT #4200 | 4500-01 · Purchases - Manufacturing | -7,748.00 |
| | Bill | 01/08/2018 | MM605006 | ACCT #4200 | 4500-01 · Purchases - Manufacturing | -4,915.62 |
| | Bill | 01/08/2018 | MM605005 | ACCT #4200 | 4500-01 · Purchases - Manufacturing | -10,547.51 |
| | Bill | 01/08/2018 | MM605004 | ACCT #4200 | 4500-01 · Purchases - Manufacturing | -10,747.98 |
| | Bill | 01/08/2018 | MM605003 | ACCT #4200 | 4500-01 · Purchases - Manufacturing | -1,389.04 |
| | | | | | Credit Issued 1/24/18 | 3,826.06 |
| | | | | | | -34,794.97 |
| **QUILL CORPORATION** | | | | | | |
| | Bill | 01/16/2018 | 4034089 | | 7750-00 · Office Supplies and Expenses | -18.49 |
| | | | | | | -18.49 |
| **SAFEGUARD BUSINESS SYSTEMS** | | | | | | |
| | Bill | 01/05/2018 | 032612804 | ACCT #408603 | 7750-00 · Office Supplies and Expenses | -144.77 |
| | | | | | | -144.77 |
| **ULINE** | | | | | | |
| | Bill | 01/09/2018 | 93795734 | ACCT #7297105 | 4910-01 · Manufacturing Supplies | -140.73 |
| | | | | | | -140.73 |
| **UNITED THREAD MILLS CORP.** | | | | | | |
| | Bill | 01/15/2018 | 146184 | ACCT #RA8366 | 4500-01 · Purchases - Manufacturing | -205.03 |
| | Bill | 01/19/2018 | 146226 | RA8366 | 4500-01 · Purchases - Manufacturing | -134.33 |
| | | | | | | -339.36 |
| **WESTMARK CORPORATION, INC.** | | | | | | |
| (received 1/05/18) | Bill | 01/03/2018 | I91125 | ACCT #0002821 | 4500-02 · Purchases - Retail | -431.00 |
| | Bill | 01/15/2018 | I91244 | 0002821 | 4500-02 · Purchases - Retail | -415.95 |
| | | | | | | -846.95 |

**Total Unpaid Balance: -40,374.31**



# Bank of New Hampshire
*New Hampshire's local bank*

2/7/2018 12:24 PM

### Business 100 Checking
******1801

**Amount:** -2971.00
**Description:** POS Purchase 01/31 11:05 INT*IN *FISCHER SKIS U 603-3147110 NH 141502 INT*IN *FI
**Posted Date:** 2/1/2018
**Transaction Type:** History

**FISCHER SKIS US LLC**
60 DARTMOUTH DRIVE
AUBURN, NH 03032
UNITED STATES
Tel: (603) 314-7110
Fax: (603) 314-7124


RECEIVED FEB 05 2018

**Statement**
1/31/2018

To:

RAGGED MOUNTAIN EQUIPMENT INC
ROBERT NADLER
PO BOX 130
INTERVALE, NH 03845
UNITED STATES

| Account | Credit Limit | Sales Rep | Page # | Printed |
|---|---|---|---|---|
| RA0100 | $ 10,018.00 | ATLANTIC SPORT GROUP | 1 | 1/31/2018 |

| Date | Document | Reference | Description | Due/Payment | Charge | Credit | Balance |
|---|---|---|---|---|---|---|---|
| 11/22/2017 | SI 213802 | 45100117 | SALES INVOICE | 2/5/2018 | 11,524.85 | 0.00 | |
| | SI 213802 | 7981 | MANUAL RECEIPT | 1/31/2018 | 0.00 | 2,971.00 | ← |
| | SI 213802 | 7981 | MANUAL RECEIPT | 1/11/2018 | 0.00 | 2,971.00 | |
| | SI 213802 | 7981 | MANUAL RECEIPT | 1/22/2018 | 0.00 | 2,971.00 | 2,611.85 |
| 12/4/2017 | SI 214421 | 45100117 | SALES INVOICE | 2/5/2018 | 53.04 | 0.00 | 53.04 |
| 12/20/2017 | SI 215951 | 45100117 | SALES INVOICE | 2/18/2018 | 305.77 | 0.00 | 305.77 |
| 12/27/2017 | SI 216228 | 45121917 | SALES INVOICE | 1/26/2018 | 230.71 | 0.00 | 230.71 |
| 12/27/2017 | SI 216229 | PARTS | SALES INVOICE | 1/26/2018 | 21.00 | 0.00 | 21.00 |
| 12/27/2017 | SI 216230 | 45121417 | SALES INVOICE | 1/26/2018 | 1,089.20 | 0.00 | 1,089.20 |
| 12/27/2017 | SI 216231 | 45121817 | SALES INVOICE | 1/26/2018 | 595.57 | 0.00 | 595.57 |
| 1/2/2018 | SI 216481 | SYMPATHY | SALES INVOICE | 2/1/2018 | 109.21 | 0.00 | 109.21 |
| 1/3/2018 | SI 216583 | 45122717 | SALES INVOICE | 2/2/2018 | 1,544.87 | 0.00 | 1,544.87 |
| 1/5/2018 | SI 216855 | 45123117 | SALES INVOICE | 3/6/2018 | 367.20 | 0.00 | 367.20 |
| 1/10/2018 | SI 217098 | 45121817 | SALES INVOICE | 2/9/2018 | 170.61 | 0.00 | 170.61 |
| 1/10/2018 | SI 217099 | 45122717 | SALES INVOICE | 2/9/2018 | 64.97 | 0.00 | 64.97 |
| 1/11/2018 | SI 217296 | 45121417 | SALES INVOICE | 2/10/2018 | 360.23 | 0.00 | 360.23 |
| 1/18/2018 | SI 217842 | 45011718 | SALES INVOICE | 2/17/2018 | 620.13 | 0.00 | 620.13 |
| 1/23/2018 | SI 218040 | 45012118 | SALES INVOICE | 2/22/2018 | 73.37 | 0.00 | 73.37 |
| 1/31/2018 | SI MFIN20234 | | FINANCE CHARGE | 1/31/2018 | 22.39 | 0.00 | 22.39 |
| | SO M7008 | 341 | MANUAL RECEIPT | 11/28/2017 | 0.00 | 443.77 | -443.77 |

| Current | 1 - 30 Days | 31 - 60 Days | 61 - 90 Days | 91 + Days | Balance Due |
|---|---|---|---|---|---|
| 6,303.64 | 1,936.48 | 0.00 | -443.77 | 0.00 | 7,796.35 |